| | |
|---|---|
| CRAIG WILLIAM VOSS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRIAN BAKER,<br><br>　　　　　Defendant. | Case No. 1:17-cv-00626-DAD-EPG (PC)<br><br>ORDER ON PLAINTIFF'S MOTION REQUESTING COPY OF PROOF OF SERVICE (ECF NO. 25) AND DEMAND FOR USMS TO PRODUCE PROCESS RECEIPT (USM-285)<br><br>(ECF NO. 30)<br><br>ODRER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF FILED USM-285 FORM (ECF NO. 25) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

　　　　Craig Voss ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On December 18, 2017, Plaintiff filed a motion requesting copy of proof of service (ECF No. 25) and demand for USMS to produce process receipt (USM-285) ("the Motion"). (ECF No. 30). Plaintiff alleges that he never received proof of service of the subpoena that was issued to the Board of Vocational Nursing. Plaintiff argues that the date of service is material.

　　　　Plaintiff also inquires as to why he was not served with a copy of the proof of service, and requests that the Court order the United States Marshals Service ("USMS") to "produce the Process Receipt (USM-285) and or provide the Plaintiff with a proof of service or service date for

1

said form." (Id. at 2).

It is unclear why Plaintiff did not receive a copy of the filed USM-285 Form. Based on a review of the USM-285 Form (ECF No. 25), it appears that Plaintiff should have been sent notice of service.

As Plaintiff should have been sent a copy of the filed USM-285 Form but apparently never received it, the Court will direct the Clerk of Court to send Plaintiff a copy. As the Clerk will be sending Plaintiff a copy of the filed USM-285 Form, the Court will deny Plaintiff's request for the Court to order the USMS to provide Plaintiff with a copy of the form.[1]

Accordingly, based on the foregoing, IT IS ORDERED that the Motion is GRANTED IN PART. The Clerk of Court is directed to send Plaintiff a copy of the filed USM-285 Form (ECF No. 25).

IT IS SO ORDERED.

Dated: **December 26, 2017**

/s/ *Erin P. Groji*
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff asks for a copy of the USM-285 Form and a proof of service. However, they appear to be the same document.