UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG WILLIAM VOSS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRIAN BAKER,<br><br>　　　　Defendant. | Case No. 1:17-cv-00626-DAD-EPG (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(ECF NOS. 44 & 45) |

 The Court previously granted Plaintiff's motions for the issuance of a subpoena upon the California Department of Motor Vehicles. (ECF No. 44). Plaintiff has now completed and returned the subpoena and form USM-285. (ECF No. 45).[1]

 Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshals Service:

    a. One (1) completed and issued subpoena *duces tecum*, including the attachments (ECF No. 45);

    b. One (1) completed USM-285 form (ECF No. 45); and

    c. Two (2) copies of this order, one to accompany the subpoena and one for the

---

[1] The Court notes that Plaintiff's chosen date for production of documents, March 20, 2018, was not reasonable. Therefore, the new date for production will be April 6, 2018.

1

United States Marshals Service.

2. Within TWENTY (20) DAYS from the date of this order, the United States Marshals Service SHALL effect personal service of the subpoena, along with a copy of this order, upon the entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

3. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

4. Within TEN (10) DAYS after personal service is effected, the United States Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated: **March 5, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE