UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG WILLIAM VOSS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRIAN BAKER,<br><br>　　　　Defendant. | Case No. 1:17-cv-00626-DAD-EPG (PC)<br><br>ORDER REQUIRING STATUS REPORT<br><br>(ECF NOS. 46 & 47)<br><br>TWENTY-ONE DAY DEADLINE |

On September 26, 2017, the United States Marshals Service ("USMS") returned the summons unexecuted as to Brian Baker, the defendant in this action. (ECF No. 14). USMS certified that it was unable to locate Brian Baker for service of process. (Id.). Plaintiff requested, and was granted, the issuance of a third party subpoena directed to the California Department of Motor Vehicles so that he could find the last known address of Brian Baker. (ECF No. 44).

The subpoena was served on March 19, 2018 (ECF No. 47), with a response date of April 6, 2018 (ECF No. 46, p. 1, n. 1). The response date passed over a month ago, and Plaintiff has not filed a motion to compel, provided the Court with an updated address for Brian Baker, or requested another third party subpoena.

Accordingly, IT IS ORDERED that Plaintiff has twenty-one days from the date of

service of this order to provide a status report regarding his efforts to obtain the last known address of Brian Baker.

Failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated: __**May 10, 2018**__    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE