UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG WILLIAM VOSS,<br><br>   Plaintiff,<br><br> v.<br><br>BRIAN BAKER,<br><br>   Defendant. | Case No. 1:17-cv-00626-DAD-EPG (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF NOS. 53)<br><br>TWENTY-ONE DAY DEADLINE |

Craig Voss ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 18, 2018, Plaintiff filed a Response to Department of Motor Vehicles' Objections on Motion to Compel with Subpoena Duces Tecum (ECF No. 53), which the Court construed as a motion to compel (ECF No. 54). The Court stated that it "is inclined to grant the motion insofar as it requests that the California Department of Motor Vehicles provide the Court with a document that contains Brian Baker's current street address, solely for the Court and the United States Marshals Service to use for service of process," and gave the California Department of Motor Vehicles fourteen days to object. (Id.). The Court further stated that if it "does not receive an objection within this fourteen-day period, the Court will issue an order directing the California Department of Motor Vehicles to provide the Court with a document

1   that contains Brian Baker's current street address." (Id.).

2        The objection period has passed, and the California Department of Motor Vehicles did

3   not object.

4        Accordingly, IT IS ORDERED THAT:

5         1.  Plaintiff's motion to compel is GRANTED IN PART;

6         2.  The California Department of Motor Vehicles has twenty-one days from the

7           date of service of this order to provide the current street address of Brian Baker

8           (or a document containing his street address) to the Court *in camera* via email at

9           EPGorders@caed.uscourts.gov; and

10         3.  The Clerk of Court is directed to serve a copy of this order on the California

11           Department of Motor Vehicles addressed to the following:

12            a.  Office of the Director, Department of Motor Vehicles, 2415 1st Ave.,

13              Mail Station F101, Sacramento, CA 95818; and

14            b.  Legal Affairs Division, 2415 First Avenue, P.O. Box 932382,

15              Sacramento, CA 94232.

16

17   IT IS SO ORDERED.

18     Dated:   **July 10, 2018**          /s/ Erica P. Grosjean

19                             UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28