UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG WILLIAM VOSS,<br><br>    Plaintiff,<br><br>  v.<br><br>BRIAN BAKER,<br><br>    Defendant. | Case No. 1:17-cv-00626-DAD-EPG (PC)<br><br>ORDER AUTHORIZING SERVICE OF COMPLAINT AND DIRECTING CLERK TO COMPLETE SERVICE DOCUMENTS<br><br>(ECF NO. 1) |

  Craig Voss ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

  On June 13, 2017, the Court found service of the complaint appropriate, and directed Plaintiff to complete and return service documents. (ECF No. 11). After Plaintiff completed and returned those documents, the Court directed the United States Marshals Service ("USMS") to serve defendant Baker. (ECF No. 13). The summons was returned unexecuted. (ECF No. 14). The USMS served Plaintiff at the address provided, but California Correctional Institution ("CCI") was unable to accept service on behalf of defendant Baker. (Id.). CCI provided the USMS with the address it had on file for defendant Baker, but the waiver of service was returned as undeliverable when it was mailed to that address. (Id.).

  After some discovery, the Court has been provided with two addresses for defendant Baker. Therefore, the Court will once again authorize service, and will direct the Clerk of Court to prepare the service documents.

1

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendant(s):

    a. **Brian Baker, a licensed vocational nurse at California Correctional Institution in 2016.**

2. The Clerk of Court is directed to prepare the service documents for this case, but shall leave all sections asking for Defendant's address blank. When the Clerk forwards the service documents to the United States Marshals Service, the Clerk shall also send Defendant's addresses to the United States Marshals Service in an envelope marked confidential.

IT IS SO ORDERED.

Dated: **July 18, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE